```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re Motion to Compel Compliance with                      :
Subpoena Directed to Lucas Hicks                            :
                                                            :
                                                            :    23-MC-195 (JHR) (RWL)
                                                            :
                                                            :    ORDER
                                                            :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This matter has been referred to me. This order addresses the motions to seal at Dkts. 5, 8, and 17. Movants' motion to seal at Dkt. 5 is GRANTED IN PART; Respondent's motion at Dkt. 8 for more extensive redaction is GRANTED. Accordingly, Movants shall file publicly the papers that are the subject of the motion to seal with the redactions as proposed by Respondent in Dkt. 8. Respondent's motion to seal at Dkt. 17 is GRANTED. Accordingly, the publicly filed papers referenced in Dkt. 17 (i.e., Dkts. 13-14) need not be modified further.

The Court will issue a separate order scheduling a conference as requested by Movants to address the substance of the motion to compel.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 28, 2023
    New York, New York

Copies transmitted this date to all counsel of record.